U.S. Department of Justice

*United States Attorney*
*District of Minnesota*

RECEIVED BY U.S. MAIL
2005 FEB 15 AM 9:13
CLERK, U.S. DIST COURT
MINNEAPOLIS, MN

*600 United States Courthouse*
*300 South Fourth Street*
*Minneapolis, MN 55415*
*(612)664-5600*

January 24, 2005

RECEIVED
FEB 04 2005

Polaris Industries
2100 Highway 55
Medina, MN 55340

66807 140

RE: United States v. Paul F. Miramontes
Civil No. 00-77JMR/RLE
Social Security Number: ~~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~~
Address: Paul F. Miramontes
1323 North La Bree
Thief River Falls, MN 56701

Termed Employment
11-12-04

Dear Polaris Industries:

Please note, the debtor's social security number and address have been redacted from the attached pleadings. The information has been provided to you above.

Enclosed and served on you is a Federal Writ of Continuing Garnishment. Pursuant to the Writ, you must immediately determine if you have in your possession, custody or control any property in which the above-named debtor has a non-exempt interest. To make such a determination, you should review the enclosed Claim for Exemption Form and the enclosed Statement to Garnishee.

If you have such property, you must immediately withhold it, <u>pending further order of the United States District Court for the District of Minnesota</u>.

Pursuant to <u>Federal</u> law (see 28 U.S.C. §3205), you must, within ten (10) days of your receipt of this Writ, file an "answer of garnishee" with the Clerk of the United States District Court. You must file such an answer whether or not you claim to have property that is subject to this garnishment. (You may use the enclosed Answer of Garnishee.) You must also serve--personally or by mail--a copy of the completed Answer of Garnishee on the debtor, Paul F. Miramontes, at 1323 North La Bree, Thief River Falls, MN 56701; and on counsel for the Government, at the U. S. Attorney's

SCANNED
FEB 15 2005
U.S. DISTRICT COURT MPLS

Office, Att.: Financial Litigation Unit, 600 United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415.

Note, since this is a Federal garnishment, and not a State garnishment, you, the garnishee, do not receive a fee for complying with the court's order. Furthermore, unlike State garnishments, this garnishment is continuous, which means that once it takes affect, it stays in place--without renewal--until the entire debt has been satisfied. This writ also has priority over all other writs served on you after the date of service of this writ--except for court orders for the support of a person, which always take priority.

Note, this garnishment--by law--can be terminated only by:

1. Court order specifically quashing the Writ;

2. Exhaustion of the property subject to this garnishment, unless you, the garnishee, reinstates or reemploys the judgment debtor within 90 days of the judgment debtor's dismissal or resignation; in which case, this Writ re-establishes itself to its original position and affect; or

3. Satisfaction in full of the subject debt.

**If you fail to properly answer this writ or to withhold property in accordance with this writ, the court may make you liable for the amount of the debtor's non-exempt property that you failed to withhold, plus attorney fees.**

Also enclosed, for your information, is a copy of our Application for Writ and a copy of the Clerk's Notice of Post-Judgment Garnishment.

If you have questions as to your legal obligation under this Writ, you may want to consult with an attorney. If you have questions simply about the completion of these documents, call me at (612) 664-5600.

Sincerely,

THOMAS B. HEFFELFINGER
United States Attorney

Mary Trippler by [signature]

BY: MARY L. TRIPPLER
Assistant U.S. Attorney
Attorney I.D. No. 110887

Enclosures

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN

See *"Instructions for Service of Process by U.S. Marshal"*

RECEIVED
FEB 04 2005

| | |
|---|---|
| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>00-77 JMR/RLE |
| DEFENDANT<br>Paul F. Miramontes | TYPE OF PROCESS<br>Wage Garnishment |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Polaris Industries
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
2100 Highway 55, Medina, MN 55340 (763)417-8650

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

U.S. Attorney's Office
300 South Fourth Street, 600 U.S. Courthouse
Minneapolis, MN 55415
(612) 664-5600
Attn: Nancy Lair

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold Fold

SERVE GARNISHEE FIRST

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Nancy Lair | [X] PLAINTIFF<br>[ ] DEFENDANT | 612-664-5656 | 2/3/05 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | No. 41 | No. 41 | N Schmidt | 2/3/05 |

I hereby certify and return that I [ ] have personally served , [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| | |
|---|---|
| Name and title of individual served *(if not shown above)* | [ ] A person of suitable age and discretion then residing in defendant's usual place of abode |
| Address *(complete only different than shown above)* | Date / Time [ ] am [ ] pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges including *endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | **$0.00** |

REMARKS:

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-77JMR/RLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAUL F. MIRAMONTES,<br><br>Defendant,<br><br>and<br><br>POLARIS INDUSTRIES,<br><br>Garnishee. | WRIT OF CONTINUING GARNISHMENT |

TO: Polaris Industries, 2100 Highway 55, Medina, MN 55340

An application for a Writ of Continuing Garnishment against property of the above-named defendant, Paul F. Miramontes, has been filed with this Court by the United States of America.

A judgment was entered in favor of the United States of America and against the defendant on April 13, 2000, for Student Loan defaults. As of January 24, 2005, the balance on this judgment debt was $7,963.30 in principal, plus interest, costs and pursuant to 28 U.S.C. § 3011, a surcharge of 10% of the total debt due. Interest on the principal balance is accruing from January 24, 2005, at the rate of 6.197% per annum.

You, Polaris Industries, the garnishee, are required by law to immediately withhold and retain any property in your custody, control or possession in which the judgment debtor, Paul F. Miramontes, has a substantial non-exempt interest. It is unlawful

for you to pay or deliver to the defendant any item attached by this Writ. You are to take this action pending further order of the above-referenced court.

Under the law, there is property which is exempt from this Writ of Continuing Garnishment. A listing of such property is enclosed (see Claim for Exemption Form).

You, the garnishee, are required by law to answer this Writ of Continuing Garnishment, in writing, under oath, within ten (10) days of your receipt of this Writ. In the Answer of the Garnishee, you must indicate whether you have in your custody, control, or possession, property in which this judgment debtor has a substantial non-exempt interest, providing a description of such property and an indication of the judgment debtor's interest in it.

You, the garnishee, are required by law to mail or deliver in person, within 10 days, the original, signed and notarized Answer of the Garnishee to the Clerk of the United States District Court, 202 Federal Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415. Additionally, you are required by law to mail or deliver in person a copy of the completed Answer of the Garnishee to the debtor, at XXXX XXXXX XX XXXX, Thief River Falls, MN 56701; and to counsel for the United States, at the United States Attorney's Office, Financial Litigation Unit, 600 Federal Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415.

If you fail to answer this Writ of Continuing Garnishment, or if you fail to withhold property in accordance with this Writ, the

United States of America may petition the Court for an order requiring you to appear before said Court and show good cause why you failed to comply with this Writ. Failure to appear before the Court or failure to show good cause for your noncompliance with this Writ may result in the Court entering a judgment against you. That judgment would be in the amount of the judgment debtor's nonexempt interest in the property in your custody, control or possession that is subject to this garnishment, up to the outstanding debt balance, plus attorney fees.

Authorized By:

Date: 1/26/05

Raymond L. Erickson

Magistrate Judge
United States District Court
District of Minnesota

Issued By:
Richard Sletten, Clerk
United States District Court
District of Minnesota

Date: 1/26/05

[signature]

Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-77JMR/RLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAUL F. MIRAMONTES,<br><br>Defendant,<br><br>and<br><br>POLARIS INDUSTRIES,<br><br>Garnishee. | APPLICATION FOR WRIT OF CONTINUING GARNISHMENT |

The United States of America, plaintiff, makes application in accordance with 28 U.S.C. § 3205(b)(1), to the Clerk of the United States District Court, to issue a Writ of Continuing Garnishment upon the judgment entered against the above-named defendant, Paul F. Miramontes, Social Security Number, XXX-XX-1210, with the last known address of XXXX XXXXX XX XXXX, Thief River Falls, MN 56701.

The judgment was entered on April 13, 2000, for Student Loan defaults. The judgment was entered in the amount of $8,809.80, plus interest and costs.

As of January 24, 2005, after applying payments, if any, the balance on this judgment debt was $7,963.30 in principal, plus interest and costs and pursuant to 28 U.S.C. § 3011, a surcharge of 10% of the total debt due. Interest on the principal balance is accruing from January 24, 2005, at a rate of 6.197% per annum.

More than 30 days has elapsed since demand for payment was last made on the above-named judgment debtor; and the debtor has failed to satisfy the debt as set forth in the demand.

The garnishee is believed to owe or will owe money or property to this judgment debtor or is in possession of property in which this judgment debtor has a substantial non-exempt interest.

The name and address of the garnishee or his authorized agent is: Polaris Industries, 2100 Highway 55, Medina, MN 55340

Dated: January 25, 2005

THOMAS B. HEFFELFINGER
United States Attorney

M. Trippler

BY: MARY TRIPPLER
Assistant United States Attorney
Attorney ID No. 110887
600 Federal Courthouse
300 Fourth Street
Minneapolis, MN 55415
(612) 664-5600

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-77JMR/RLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAUL F. MIRAMONTES,<br><br>Defendant,<br><br>POLARIS INDUSTRIES,<br><br>Garnishee. | CLERK'S NOTICE OF POST-JUDGMENT GARNISHMENT |

You are hereby notified that your wages are being garnished by the United States of America, which obtained a judgment on April 13, 2000 in the sum of $8,809.80, plus interest and costs as a result of Student Loan defaults. As of January 24, 2005, a balance of $7,963.30 in principal, plus interest, costs and pursuant to 28 U.S.C. § 3011, a surcharge of 10% of the total debt due remained outstanding on this debt.

In addition, you are hereby notified that there are exemptions under the law which may protect some of the property from being taken by the Government if you, Paul F. Miramontes, can show that the exemptions apply. Enclosed is a summary of the major exemptions which apply in most situations in the State of Minnesota.

If you are Paul F. Miramontes, you have a right to ask the court to return your property to you if you think the property the Government is taking qualifies under one of the enclosed

exemptions or if you think you do not owe the money to the United States Government that it says you do.

If you want a hearing, you must notify the court within 20 days after you receive this notice. You must make your request in writing and either mail it or deliver it in person to the Clerk of the United States District Court at 202 Federal Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415. If you wish, you may use this notice to request the hearing by checking the box below and mailing this notice to the Clerk of the United States District Court in Minneapolis, Minnesota. You must also send a copy of your request to the Government, through the United States Attorney, Financial Litigation Unit, 600 Federal Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415, so the Government will know you want a hearing. The hearing will take place within 5 days after the Clerk receives your request, if you ask for it to take place that quickly, or as soon after that as possible.

At the hearing you may explain to the judge why you believe the property the Government has taken is exempt or why you think you do not owe the money to the Government.

If you think you live outside the Federal judicial district in which the court is located, you may request, not later than 20 days after you receive this notice, that this proceeding to take your property be transferred by the court to the Federal judicial district in which you reside. You must make your request

in writing, and either mail it or deliver it in person to the Clerk of the United States District Court at 202 Federal Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415. You must also send a copy of your request to the Government, through the United States Attorney, Financial Litigation Unit, 600 Federal Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415, so the Government will know you want the proceeding to be transferred.

Be sure to keep a copy of this notice for your own records. If you have any questions about your rights or about this procedure, you should contact a lawyer of your choosing or an office of public legal assistance. The Clerk of Court is not permitted to give legal advice.

Dated: 1/26/05

RICHARD SLETTEN
CLERK, UNITED STATES DISTRICT COURT

BY: [signature]
Deputy Clerk

____ Check here if you believe the Government has taken exempt property under this process, and you now want a court hearing to prove your claim. Before checking this line, review this notice carefully.

____ Check here if you believe you do not owe the Government the debt stated in this notice, and you now want a court hearing to prove your claim. Before checking this line, review this notice carefully.

*Note, you do not need a hearing to get this proceeding transferred to the Federal District in which you reside. Review this notice carefully.

# CLAIM FOR EXEMPTION FORM

## MAJOR EXEMPTIONS UNDER FEDERAL LAW THAT APPLY IN ALL CASES

1. Social Security benefits and Supplemental Security income (42 U.S.C. § 407).

2. Veterans' benefits (38 U.S.C. §3101).

2a. Members of armed services annuities (10 U.S.C. §1440, 38 U.S.C. § 562).

3. Federal civil service retirement benefits (5 U.S.C. § 8346 and 22 U.S.C. § 4060(c)).

4. Annuities to survivors of federal judges (28 U.S.C. § 376(n)).

5. Longshoremen and Harborworkers Compensation Act (33 U.S.C. § 916).

6. Black lung benefits (30 U.S.C. §§ 931(b)(2)(F) and 932(a)).

6a. Seaman's, master's or fisherman's wages, except for child support or spousal support and maintenance (46 U.S.C.A. §§ 1108-1109(a-c)).

Exemptions listed under 1 through 6 above may not be applicable in child support and alimony cases (42 U.S.C. § 659).

6b. Railroad retirement, pension, unemployment benefits (45 U.S.C. §§ 231(m), 352(e)).

7. Compensation for war risk hazards (42 U.S.C. § 1717).

## EXEMPTIONS UNDER FEDERAL BANKRUPTCY LAW

**Note, if you select bankruptcy-law exemptions (Line 8 and all applicable entries between Line 8a and Line 8f), you may not select state-law exemptions.**

Claimed

________ 8. **Bankruptcy Code** (Title 11, United States Code) which generally provides exemptions for:

________ 8a. $18,450 in equity in a residence.

| Address of Residence | Fair Market Value | Liens | Equity |
|---|---|---|---|
| ____________ | $ ________ | $ ________ | $ ________ |

________ 8b. $2,950 in equity in a motor vehicle.

Property Claimed: Fair Market Value

____________________ $
____________________
____________________

________ 8c. $1,225 in jewelry.

Property Claimed: Fair Market Value

____________________ $
____________________
____________________

________ 8d. $9,850 in personal property (however no single item worth more than $475 can be claimed as exempt)

Property Claimed: Fair Market Value

____________________ $
____________________
____________________

________ 8e. $1,850 in equity in any implements, professional books, or tools of the trade of the debtor or the trade of a dependent of the debtor

Property Claimed: Fair Market Value

____________________ $
____________________
____________________

_______ 8f. Property totaling up to $975 in value, plus up to $9,250 of any unused amount of the exemption provided under paragraph (a) above.

Property Claimed: Fair Market Value

______________________________ $

______________________________

______________________________

_______ 8g. Any unmatured life insurance contract you own, other than credit life insurance.

Property Claimed: Fair Market Value

______________________________ $

______________________________

______________________________

_______ 8h. The aggregate value, up to $9,850, of any accrued dividend or interest under, or loan value of, any unmatured life insurance contract you own, but only if you are the insured or you are a dependant of the insured.

Property Claimed: Fair Market Value

______________________________ $

______________________________

______________________________

_______ 8i. Professionally prescribed health aids for you or your dependants.

Property Claimed: Fair Market Value

______________________________ $

______________________________

______________________________

_______ 8j. Unemployment compensation benefits, local public assistance benefits, disability benefits, illness benefits; and alimony, support, and separate maintenance, to the extent these items are reasonably necessary for your support or the support of your dependants.

Property Claimed: Fair Market Value

______________________________ $

______________________________

______________________________

______ 8k. A payment under a stock bonus, pension, profit-sharing, annuity, or similar plan or contract on account of illness, disability, death, age, or length of service, to the extent reasonably necessary for your support or the support of your dependants, subject to the limitations set forth at Title 11 United States Code Section 522(d)(10)(E)(i)-(iii).

Property Claimed: Fair Market Value

______________________ $

______________________

______________________

______ 8l. Your right to receive, or property that is traceable to,

- an award under a crime victim's reparation law;
- a payment on account of the wrongful death of an individual of whom you were a dependant, but only to the extent reasonably necessary for your support or the support of your dependants;
- a payment under a life insurance contract that insured an individual of whom you were a dependant on the date of the insured's death, but only to the extent reasonably necessary for your support or the support of your dependants;
- a payment, not to exceed $18,450, on account of personal bodily injury suffered by you or by an individual of whom you are a dependant; however, payment for pain and suffering or payment to compensate actual pecuniary loss are not exempt under this paragraph;
- a payment in compensation of loss of your future earnings or the future earnings of an individual of whom you are, or were, a dependant, but only to the extent reasonably necessary for your support or the support of your dependants.

Property Claimed: Fair Market Value

______________________ $

______________________

______________________

## EXEMPTIONS UNDER STATE LAW

**Note, if you select state-law exemptions the law of the state where you have been domiciled for the greater part of the last 180 days governs your rights. Also note, if you select state-law exemptions, you may not select bankruptcy-law exemptions. The amounts listed below are indexed and fluctuate periodically in even numbered years based upon the percentage change in the Implicit Price Deflator for the Gross National Product.**

| CLAIMED | TYPE | | STATUTE SECTION | VALUE CLAIMED |
|---|---|---|---|---|
| ______ 9. | Homestead or Residential Property | -The house owned and operated by the debtor and the land on which such house is situated, but only a total of 160 acres outside a platted portion of a city or ½ acre inside a city; proceeds from the sale of the house for 1 year; a manufactured home actually inhabited as a home by the debtor. Value of homestead exemption, whether exemption is claimed jointly or individually, may not exceed $200,000 or, if the homestead is used for agricultural purposes, $500,000 exclusive of limitations. | -Minn. Stat. Ann. §§ 510.01, 510.02, 510.05 and 550.37(12) | ______ |
| ______ 10. | Personal Property | -Family Bible, and musical instruments; a seat or pew in any place of public worship; all of the debtor's and the debtor's family's | -Minn. Stat. Ann. §§ 550.37(1), (2), (3), (4), and (9) | ______ |

| CLAIMED | TYPE | | STATUTE SECTION | VALUE CLAIMED |
|---|---|---|---|---|
| | | wearing apparel, including 1 watch, and all utensils and foods; household furniture, household appliances, radios, phonographs and televisions not exceeding $8,550 in value. The $8,550 amount is indexed and fluctuates periodically. Money from a claim arising from damage to exempt property is exempt. | | |
| ______11. | Bank Deposits | -Exempt disposable earnings remain exempt for 20 days after deposit in any financial institution. Relief based on need and the wages of a recipient of such relief are exempt for 60 days in a financial institution. Certain other exempt funds remain exempt after deposit in a financial institution as long as they are traceable to their exempt source. | -Minn. Stat. Ann. §§ 550.37(13), (14) and (20) | ______ |
| ______12. | Motor Vehicles | -One motor vehicle to the extent of a value not exceeding $3,800. | -Minn. Stat. Ann. § 550.37(12a) | ______ |

| CLAIMED | TYPE | | STATUTE SECTION | VALUE CLAIMED |
|---|---|---|---|---|
| ______13. | Partnership Property | -A partner's interest in specific partnership property. | -Minn. Stat. Ann. § 323.24 | ______ |
| ______14. | Trade Implements | -Farmers may exempt farm machines, implements, live-stock, farm produce and standing crops not exceeding $13,000 in value. The trade implements (tools of trade) and stock in trade of any debtor is exempt to the extent of $9,000 in fair market value. The aggregate value of property exempt as farm items or trade implements may not exceed $13,000. | -Minn. Stat. Ann. §§ 550.37(5)-(7) | ______ |
| ______15. | Wages | -Exempt, except for lesser of, per work week, 25% of the debtor's disposable earnings or amount by which such earnings exceed 40 times the federal minimum wage. Wages not subject to garnishment are exempt and remain exempt for 20 days following deposit in a financial institution. The earnings of the debtor's minor child. | -Minn. Stat. Ann. §§ 550.37(13) and (15) and 571.55 | ______ |

| CLAIMED | TYPE | | STATUTE SECTION | VALUE CLAIMED |
|---|---|---|---|---|
| ______16. | Workers' Compensation | -Exempt, except as otherwise provided. | -Minn. Stat. Ann. § 176.175(2) | ______ |
| ______17. | Unemployment Compensation | -Exempt, as long as the funds are not commingled. | -Minn. Stat. Ann. § 268.17(2) | ______ |
| ______18. | Veterans' Benefits | -Exempt for a year after receipt. Adjusted compensation is completely exempt. | -Minn. Stat. Ann. § 550.38 | ______ |
| ______19. | Public Assistance | -All relief based on need is exempt, and the wages or salary of a debtor receiving such relief are exempt and remain exempt for 6 months following termination of public assistance. | -Minn. Stat. Ann. § 550.37(14) | ______ |
| ______20. | Pensions and Retirement Benefits | -Various public retirement system benefits are exempt. The right to payment or payments received under tax-qualified pension or similar plan or contract or IRA. Other pensions are exempt up to the greater of $57,000 or to the extent necessary for support. A government employee's deferred compensation is exempt, subject to exceptions. | -Minn. Stat. Ann. §§ 181B.16, 352.96 and 550.37(24) | ______ |

| CLAIMED | TYPE | | STATUTE SECTION | VALUE CLAIMED |
|---|---|---|---|---|
| _______21. | Insurance Benefits | -Insurance benefits, including proceeds from exempt property, up to $38,000 in life insurance from a deceased spouse or parents, plus an additional $9,500 in life insurance benefits for each dependent of the survivor. Up to $7,200 in accrued dividends, interest or loan value of an unmatured life insurance policy is exempt. | -Minn. Stat. Ann. § 550.37(10) and (23) | ________ |
| _______22. | Library Materials | -School libraries, if open indiscriminately to the public, family libraries. | -Minn. Stat. Ann. § 550.37(2) and (8) | ________ |
| _______23. | Prisoners' Property | -Wages or salaries of work placement inmates, salary or wages of former prisoners for the first six months following release. | -Minn. Stat. Ann. §§ 241.26(6) and 550.37(14) | ________ |
| _______24. | Cemeteries and Burial Funds | -Cemetery lands, if cemetery does not exceed 100 acres or 300 acres if owned by a religious corporation. A lot in any burial ground is exempt. | -Minn. Stat. Ann. §§ 307.09 and 550.37(3) | ________ |

| CLAIMED | TYPE | | STATUTE SECTION | VALUE CLAIMED |
|---|---|---|---|---|
| ________25. | Personal Property and Injury | -Rights of action for injuries to the debtor or relative, whether or not resulting in death, claims or judgments arising from damage to, execution upon, or wrongful taking of exempt personal property. | -Minn. Stat. Ann. §§ 550.37(9), (16) and (22) | ________ |
| ________26. | Crime Victims' Compensation | -Exempt, except for debts incurred as a result of the injury or death on which the claim was based. | -Minn. Stat. Ann. § 611A.60 | ________ |
| ________27. | Fraternal Benefit Society Benefits | -Exempt as provided in Minn. Stat. Ann. §§ 550.37(11), (23) and (24) | -Minn. Stat. Ann. § 64B.18 | ________ |

The statements made in this claim of entitlement to exemptions and the fair market value of the property designated are made and declared under penalty of perjury that they are true and correct.

Date: ____________

____________________
Signature of defendant

____________________
Defendant's printed or typed name