UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-77 JMR/RLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAUL F. MIRAMONTES,<br><br>Defendant,<br><br>POLARIS INDUSTRIES,<br><br>Garnishee. | **GARNISHMENT ORDER** |

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee and on the defendant. The garnishee indicates that the defendant is no longer an employee.

THEREFORE, IT IS ORDERED, that the Writ of Garnishment served on February 4, 2005, is hereby released.

BY THE COURT:

Dated: February 17, 2005

s/Raymond L. Erickson
Raymond L. Erickson
United States Magistrate Judge